IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABSOLUTE ARCHITECTURE P.C., an Illinois corporation, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>GABBY INVESTMENTS, LLC, a Delaware limited liability company, 50.COM INC., a New Jersey corporation, and RICHARD GABRIEL, JEAN GABRIEL A/K/A 50.COM, and ASHLEY GABRIEL, individuals,<br><br>      Defendants. | Case No. 13-cv-7865<br><br>Hon. Sharon Johnson Coleman<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: March 5, 2014

Respectfully submitted,

ABSOLUTE ARCHITECTURE P.C., individually and on behalf of all others similarly situated

By: _____
One of the Attorneys for Plaintiff
And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 5th day of March, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4853-0956-0601, v. 1