UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Absolute Architecture, P.C.

                       Plaintiff,

v.                                                  Case No.: 1:13–cv–07865
                                                          Honorable Sharon Johnson Coleman

Gabby Investments, LLC, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to Plaintiffs individual claims, and without prejudice as to the class claims. Status and motion hearings set to 3/17/2014 are hereby stricken. Plaintiff's motion to certify class [3] is moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.